UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO MARKELL PARKER,<br><br>  Plaintiff,<br><br>v.<br><br>NORTH KERN STATE PRISON et al.,<br><br>  Defendant. | Case No. 2:24-cv-01860-SB-SP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

     Plaintiff Stefano Markell Parker filed a complaint on March 4, 2023.  Dkt. No. 1.  On the same day, the clerk of court notified Plaintiff that he had failed to pay the required filing fee and directed him to either pay the filing fee or file a request to proceed in forma pauperis (IFP), warning him that failure to do so may result in dismissal.  Dkt. No. 2.  Plaintiff did not do so.  On April 26, 2024, the Court issued an order to show cause why the case should not be dismissed for failure to pay the filing fee and gave Plaintiff 30 days to pay the fee or file an IFP request.  Dkt. No. 4.[1]  The Court warned Plaintiff that failure to do so would result in dismissal of the case without prejudice.  *Id.*  The deadline passed on May 28, 2024, and Plaintiff did not pay the fee or file an IFP request.  The Court therefore dismisses this case in its entirety without prejudice.

Date: June 12, 2024

                                            Stanley Blumenfeld, Jr.
                                         United States District Judge

---

[1] The order to show cause was mailed to Plaintiff at the address he provided in his filing but was returned undeliverable as "refused by addressee."  Dkt. No. 5.  Such refusal does not excuse Plaintiff from complying with the order. Moreover, a pro se plaintiff is required to keep the Court informed of his current address and—implicit in the rule—to accept mail at that address.  L.R. 41-6.  Failure to comply makes prosecution of the case impossible and provides a separate ground for dismissal.